UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0029--CR (TWH)
"USA V TONYA MARIE MCALLISTER"
DEF 1.1 MCALLISTER, TONYA MARIE

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
      Magistrate Judge:
                Filed: 08/11/05
               Closed: 11/18/05
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
          Trial date: 11/10/05
           Terminated: YES
   Needs interpreter: NO
    Counsel of record: Lance C. Wells
                       733 W. 4th Avenue, Suite 308
                       Anchorage, AK 99501
                       907-274-9696
                       FAX 907-277-9859
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Robert J. Warren
                    Special U.S. Attorney
                    Post Office Box 31269
                    Ft. Greeley, AK 99731
                    907-873-0420
                    FAX 907-873-4055
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 MCALLISTER, TONYA MARIE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 18:13-7220 DRIVING A MOTOR VEHICLE WHILE DRIVER'S LICENSE, PRIVILEGE TO DRIVE OR PRIVILEGE TO OBTAIN A LICENSE HAS BEEN CANCELED, SUSPENDED OR REVOKED (M). | Sentenced (26-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F05-0029--CR (TWH)
                                "USA V TONYA MARIE MCALLISTER"

                                      For all filing dates
```

 Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
 Magistrate Judge:
            Filed: 08/11/05
           Closed: 11/18/05
No. of Defendants: 1


```
Document #   Filed      Docket text

     1 -  1  08/11/05   [Re: DEF 1] PLF 1 Information.

  NOTE -  1  08/23/05   Issued: Summons

     2 -  1  08/23/05   [Re: DEF 1] TWH Minute Order scheduling arraignment for 09/23/2005 at
                        10:00 a.m. in Fairbanks before MJ Hall cc: USA, USM, USPO, Def, MJ Hall.

     3 -  1  09/06/05   Return of summons unexecuted.

     4 -  1  09/06/05   [Re: DEF 1] TWH Minute Order vacating arraignment set for 9-23-05 at
                        10:00 a.m.  Gov't has 30 days to provide address or file status report.
                        Arraignment will be reset and summons reissued upon clerk's receipt of
                        this address.  cc: USA; USM; USPO; MJ Hall.

     5 -  1  09/15/05   DEF 1 Unopposed motion on shortened tim e for def to appear telephonic
                        at arraignment (w/unsigned consent att).

     6 -  1  09/19/05   [Re: DEF 1] TWH Minute Order granting motion Unopposed motion on
                        shortened tim e for def to appear telephonic (5-1) resetting arraignment
                        for 09/23/05 at 10:00 a.m. courtroom #2 cc: USA, USM, FPO, FPD, MJ Hall.

     7 -  1  09/23/05   [Re: DEF 1] Order setting conditions of release cc: Warren, Haden, USM,
                        FPO, MJ Hall.

     8 -  1  09/23/05   [Re: DEF 1] TWH Order regarding preparation for trial discovery due by
                        10/03/05, pretrial motion due 10/13/05, trial date set for 11/10/05 at
                        9:00 a.m. cc: Warren, Haden, USM, FPO, MJ Hall

     9 -  1  09/23/05   [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] unsecured bond set
                        at $5000, not guilty plea entered,defendant to contact pretrial services
                        in Anchorage,discovery due 10/03/05, pretrial motions due 10/13/05 trial
                        date 11/10/05 at 9:00 a.m. cc: Warren,Haden,USM,FPO,MJ Hall.

    10 -  1  09/26/05   DEF 1 Attorney Appearance of M.J. Haden for the defendant cc: cnsl, MJ
                        Hall.

    11 -  1  09/28/05   {SEALED}

    12 -  1  10/05/05   [Re: DEF 1] PLF 1 motion (ex parte) on shortened time for WOA and
                        revocation of order of pretrial release with memorandum.

    13 -  1  10/07/05   DEF 1 Attorney Appearance of Lance Wells.

    14 -  1  10/07/05   DEF 1 Consent to Proceed Before Magistrate Judge.

    15 -  1  10/11/05   Def 1 motion on shortened time to quash warrant and for detention review
                        (w/aff attached).

    16 -  1  10/11/05   (Re:DEF 1) TWH minute Order setting status hearing for 10/14/05 at 11:00
                        a.m. courtroom 2, Fairbanks, AK. Government response to mot to quash is
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE F05-0029--CR (TWH)
                                "USA V TONYA MARIE MCALLISTER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | due Friday prior to hrg. cc: Warren, Haden, Wells, FPO, USM. |
| 17 - 1 | 10/12/05 | DEF 1 Attorney Substitution of Lance C Wells for the defendant. |
| 18 - 1 | 10/13/05 | DEF 1 motion for change of plea date filed on shortened time cc: MJ Hall |
| 19 - 1 | 10/19/05 | [Re: DEF 1] Second Order setting conditions of release cc: cnsl, USA, USM, USPO, MJ Hall |
| 20 - 1 | 10/19/05 | [Re: DEF 1] TWH (Copy) Order of Release to pretrial services for transportation to Cordova Center(CCC) cc: USA, USM, USPO, cnsl, MJ Hall. |
| 21 - 1 | 10/19/05 | [Re: DEF 1] TWH Court Minutes [ECR: Carolyn Bollman] Status hearing/COP held 10/14/05, granting motion on shortened time for WOA and revocation of order of pretrial release (12-1); granting/denying motion on shortened time to quash warrant and for detention review (16-1),defendant to surrender to USM by 1:30,changed plea to GUILTY to count 1, released to Pretrial services for transport to CCC,IOS set for 11/04/05 at 10:30 a.m. in Anchorage cc: USA, USM, USPO, cnsl, |
| 22 - 1 | 10/26/05 | [Re: DEF 1] Return of WOA executed on 11/14/05 by USM. |
| 23 - 1 | 10/31/05 | [Re: DEF 1] TWH Minute Order setting IOS for Friday Nov 4,2005 at 10:30 a.m. in Anchorage Alaska courtroom #6,parties may participate telephonically by calling meet-me-bridge "B" cc: USA, cnsl, USPO, USM, MJ Hall |
| 24 - 1 | 11/04/05 | [Re: DEF 1] TWH Court Minutes [ECR: Elisa Singleton] re IOS (held 11/4/05); Telephonic Status Hrg set for 9:00 a.m. 11/10/05 in Fairbanks; Mr. Wells and deft may appear telephonically from Anchorage courtroom. cc: USA, L. Wells, USM, USPO |
| 25 - 1 | 11/10/05 | [Re: DEF 1] TWH Court Minutes (Misty Davenport) IOS held 11/10/05 sentence imposed as stated in the judgment cc: Cnsl, USA, USM, USPO, MJ Hall |
| 26 - 1 | 11/18/05 | [Re: DEF 1] TWH Judgment pleaded guilty to count(s) 1 of the Information (1-1) cc USA, CNSL, USM, USPO, finance, MJ Hall. |