MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>TONYA MARIE MCALLISTER</u>   CASE NO. <u>F05-0029-CR (TWH)</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:            <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:           <u>ELISA SINGLETON</u>

UNITED STATES' ATTORNEY:         <u>ROBERT J. WARREN, telephonic</u>

DEFENDANT'S ATTORNEY:            <u>LANCE C. WELLS</u>

U.S.P.O.:                        <u>CHARLENE WORTMAN</u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             - HELD 12/12/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

<u>X</u> INITIAL APPEARANCE RE: VIOLATION OF PROBATION:

   <u>X</u> Defendant **ADMITTED** allegation <u>1 of the Petition.</u>

<u>X</u> Disposition Hearing set for **December 23, 2005 at 3:45 p.m.** <u>before Magistrate Judge Hall in Anchorage courtroom 6.</u>

<u>X</u> Defendant Detained; Order of Detention Pending Trial **FILED**.

At 1:42 p.m. court adjourned.

DATE: <u>December 13, 2005</u>          DEPUTY CLERK'S INITIALS: <u>ES</u>