ORIGINAL

# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Tonya Marie McAllister ) | Case Number: F05-0029 CR (TWH) <br><br> **WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Tonya Marie McAllister and bring her forthwith to the nearest Magistrate Judge to answer a probation violation petition charging her with one violation of her term of probation.

*[signature]*

Terrance W. Hall
U.S. Magistrate Judge

_9 Dec 2005_
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: _Clitheroe Center, Anchorage AK._

| Date Received: 12/9/05 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 12/9/05 | John Olson  DUSM | *[signature]* |