IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.  **TONYA MARIE McALLISTER**

CASE NO:  F05-029 CR (TWH)

-----

**Defendant**  Tonya Marie McAllister  ,

\_\_\_\_\_ Released to _____, the third party custodian(s)

\_\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court

\_\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court

\_\_\_\_\_ Surrendered passport to the Clerk of Court

__XX__ Other RELEASED TO TEMPORARY CUSTODY OF THE US PROBATION/PRETRIAL SERVICES FOR PARTICIPATION IN A MEDICAL EXAMINATION TO BE HELD ON EITHER JANUARY 3-4-5 or 6, 2006, AS DETERMINED BY THE USPO. DEFENDANT SHALL BE RETURNED TO CUSTODY AFTER THE EVALUATION.

Dated at Anchorage, Alaska this 30th day of December, 2005.

                                             _____
                                             TERRANCE W. HALL
                                             U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal