**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   TONYA McALLISTER 

THE HONORABLE TERRANCE W. HALL

Deputy Clerk                                              CASE NO.  4:05-CR-00029-TWH 

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 15, 2006

     Deu to a scheduling conflict, the hearing scheduled for Friday, March 3, 2006 is **VACATED** and rescheduled for **Tuesday, February 28, 2006 at 10:00 a.m. in Courtroom 5**, U.S. District Court, Anchorage, Alaska.

[ ]{IA.WPD*Rev.12/96}