IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Tonya Marie McAllister

NO: 4:05-cr-00029-TWH

Defendant Tanya Marie McAllister

has this date met the bail conditions indicated below and is ordered discharged from custody.

**✓ Released to** _____, the third party custodian(s)

___ Paid cash bail in the amount of _____ to the Clerk of Court

___ Posted unsecured bond in the amount of _____

___ Posted bond secured by _ property or _ surety in the amount of _____ with the Clerk of Court

___ Surrendered passport to the Clerk of Court

✓ Other Release the defendant to community.

Dated at Anchorage, Alaska, this 28th Day of February, 20 06.

REDACTED SIGNATURE

Terrance W. Hall,
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal
cc: U.S. Attorney
    U.S. Magistrate Judge
    U.S.P.S.O./U.S.P.O.
release.ord [Rev 1/8/97]