**ORIGINAL**

**RECEIVED**

United States District Court
for the
DISTRICT OF ALASKA

MAR 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: F05-0029 CR (TWH) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Tonya Marie McAllister ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Tonya Marie McAllister and bring her forthwith to the nearest Magistrate Judge to answer a probation violation petition charging her with one violation of her term of probation.

**REDACTED SIGNATURE**

Terrance W. Hall
U.S. Magistrate Judge

3 March 2006
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: Subjects Residence in Peter's Creek Alaska

| Date Received: 6 MAR 2006 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 8 MAR 2006 | DUSM James Cavdill | by /s/ |