IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. *Tonya Marie McAllister*

CASE NO: *4:05-cr-00029-TWH*

---

Defendant *Tonya Marie McAllister*, has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s).

____ Paid cash bail in the amount of _____ to the Clerk of Court.

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____ Surrendered passport to the Clerk of Court.

✓ Other: *Petition to Revoke Supervised Release Dismissed*

Dated at *Anchorage*, Alaska this *9th* day of *March*, 200*6*

REDACTED SIGNATURE
_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal