

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:     **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | McAllister, Tonya M. |
| DATE OF BIRTH: | 02/04/1966 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | F05-0029 CR (TWH) |
| PLACE HELD: | ACC - East |
| DATE OF ARREST: | 08/07/2006 |
| TIME OF ARREST: | 16:00 |
| PLACE ARRESTED: | Anchorage, AK |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:     YES __x__     NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.