```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs   TONYA M. MCALLISTER     CASE NO. 4:05-CR-00029-TWH
Defendant: X Present   X In Custody

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      ROBERT WARREN, TELEPHONIC

DEFENDANT'S ATTORNEY:        LANCE WELLS, RETAINED

U.S.P.O.:                    CHARLENE WORTMAN

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DOC# 55) Held 08/09/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X PLEAS Defendant DENIED Allegations 1, 2, & 3 of the Petition to Revoke Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge FILED.

 X Evidentiary Hearing set for **August 14, 2006 at 11:00 a.m.** before Magistrate Judge Hall in Anchorage, AK.

 X Defendant detained.

 X Bond set at $10.000.00 cash or surety.

 X Conditions of Release FILED.

At 10:47 a.m. court adjourned.

DATE:   August 9, 2006      DEPUTY CLERK'S INITIALS:    Ce