RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2006 AUG -7

RECEIVED
AUG 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: F05-0029 CR (TWH) |
| vs. | **WARRANT FOR ARREST** |
| Tonya Marie McAllister | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Tonya Marie McAllister and bring her forthwith to the nearest Magistrate Judge to answer a probation violation petition charging her with one violation of her term of probation.

**REDACTED SIGNATURE**

Terrance W. Hall
U.S. Magistrate Judge

ORIGINAL

31 July 2006
Date

---

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK — USPO OFFICE | | |
| Date Received: 8/7/2006 <br> Date of Arrest: 8/7/2006 | Name and title of arresting officer: DUSM RON DEWITT | Signature of arresting officer: |